## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Curtis K Jackson Sr.

                                        Plaintiff,

v.                                                            Case No.: 1:21−cv−03313
                                                           Honorable Jeremy C. Daniel

Lake Street Studios Limited Partnership, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 20, 2024:

      MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiff's motion for default [73] is granted as to defendant Lake Street Studios Limited Partnership. Lake Street Studios was served with process on September 24, 2021, and failed to answer or otherwise plead as ordered [53]. The plaintiff received leave to file a third amended complaint to add the names of Does #1−3 [27] but failed to do so. Because Does #1−3 have not been identified or received process, the Second Amended Complaint is dismissed as to them. The second and amended complaint and the plaintiff's motion for default reference the relief the plaintiff seeks from Lake Street Studios but does not specify any amounts or the reasons for those amounts. On or before April 8, 2024, the plaintiff shall file a brief detailing the relief he seeks and the reasons for that relief. Prove up hearing to determine the amount of damages is set for April 17, 2024, at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.