## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CURTIS K. JACKSON, SR.,
       Plaintiff

   v.

LAKE STREET STUDIOS LIMITED
PARTNERSHIP,
       Defendant

No. 21-cv-03313

Judge Jeremy C. Daniel

## AMENDED JUDGMENT ORDER

This matter coming before the Court on plaintiff's motion for default judgment, and the Court having reviewed the motion along with the supporting materials, hereby finds and orders as follows:

1.     Defendant Lake Street Studios Limited Partnership failed to answer or otherwise plead. Accordingly, the Court entered the defendant's default. (R. 89.)

2.     Having considered the plaintiff's declaration filed in support of his motion for default judgment (R. 91), and statements made by the plaintiff at the hearing on the plaintiff's motion, the Court hereby enters default judgment in the amount of $10,000.

3.     According to the plaintiff, the defendant denied the plaintiff access to certain programs, services, and activities at an apartment complex that resulted in the plaintiff suffering various medical conditions. In addition, the plaintiff contends that conditions at the apartment complex forced him to move out. Based on these experiences, the Court finds that $10,000 is an appropriate judgment award.

4.      The plaintiff's claims against defendants Chicago Housing Authority, Tracey Scott, Cheryl Burns, Cary Steinbuck, Susan King, and Does #1-3 were previously dismissed. (R. 53, R. 54, and R. 89.) Accordingly, the case is resolved with respect to all defendants.

5.      The plaintiff shall bear his own attorneys' fees and costs.

Date: May 21, 2025

_____
JEREMY C. DANIEL
United States District Judge

2